[No. 18327-7-II.   Division Two.   April 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 92-1-00029-1, H. John Hall, J., entered April 25, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Turner, JJ.

[No. 32486-1-I.   Division One.   April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
BERNARD DEFROE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05471-6, John M. Darrah, J., entered March 4, 1993. *Remanded* by unpublished per curiam opinion.

[No. 33304-6-I.   Division One.   April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE
LEE MCKNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05989-1, Arthur E. Piehler, J., entered August 23, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Coleman, J.

[No. 33334-8-I.   Division One.   April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS
LORCA-MERONO, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02087-9, Laura Inveen, J., entered August 25, 1993. *Dismissed* by unpublished per curiam opinion.